866 A.2d 170

IN THE MATTER OF FRANK J. COZZARELLI AN ATTORNEY AT LAW (ATTORNEY NO. 021501977).

January 24, 2005.

## ORDER

**FRANK J. COZZARELLI** of **BELLEVILLE**, who was admitted to the bar of this State in 1977, having pleaded guilty to one count of knowingly and willfully attempting to evade federal income tax for calendar year 1996 in violation of 26 *U.S.C.A.* 7201, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **FRANK J. COZZARELLI** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **FRANK J. COZZARELLI** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **FRANK J. COZZARELLI** comply with *Rule* 1:20–20 dealing with suspended attorneys.